IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Craig Adams, *Individually and on behalf of others similarly situated*, et al.,

        Plaintiffs,

v.

City of Kansas City, Missouri,

        Defendant.

Civil Action No.
19-0093-CV-W-JTM

### ORDER SETTING DEADLINE FOR FILING OF JOINT PROPOSED SCHEDULING ORDER AND RULE 26(f) CONFERENCE

A Joint Proposed Scheduling Order shall be filed on or before **May 1, 2019**. The proposed scheduling order shall comply with Local Rules 16.1(d), 16.1(f), 26.1(c) and 26.1(d). The proposed scheduling order shall also state whether the case will be tried to the Court or to a jury and the anticipated length of the trial. *See* LOCAL RULE 16.1(f)(5). In accordance with LOCAL RULE 16.1(d), plaintiff's counsel shall take the lead in preparing the proposed scheduling order.

The Rule 26(f) conference shall take place on or before **April 17, 2019.** Counsel are reminded that FED. R. CIV. P. 26(a)(1) disclosures must be completed within fourteen (14) days after the Rule 26(f) conference. During the Rule 26(f) conference, the parties shall discuss the nature and bases of their claims and defenses and shall discuss the possibilities for a prompt settlement of the case.

If the parties have not already done so, within fifteen (15) days of this Order each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public. *See* LOCAL RULE 3.1.

If this case has been removed from state court, and if a jury trial has not already been specifically requested on the face of the Complaint or in a separate filing, pursuant to FED. R. CIV. P. 81(c), the parties hall have twenty (20) days from the date of this Order to file a jury demand. Failure to file a jury demand may constitute a waiver of the right to a trial by jury. *See Bruns v. Amana*, 131 F.3d 761 (8th Cir. 1997).

The parties are expected to review the Principles for the Discovery of Electronically Stored Information prior to the Rule 26(f) conference and to discuss the corresponding Checklist for Rule 26(f) Meet and Confer during the conference. Both documents are available on the Court's website under "Local Rules, ESI Principles, Procedures & Fees".

When discovery commences in this case, *See* FED. R. CIV. P. 26(D) and LOCAL RULE 26.1(b), counsel are reminded that:

1. The number and form of interrogatories and the number of depositions are governed by FED. R. CIV. P. 30(a)(2)(A) and 33(a);

2. The procedure for resolving discovery disputes is governed by LOCAL RULE 37.1;

3. The form of answers to certain discovery requests and the disclosures required by FED. R. CIV. P. 26 are provided in LOCAL RULE 26.2; and

4. The filing of motions does not postpone discovery. *See* LOCAL RULE 26.1(b).

<u>MAP CASES</u>

In cases assigned to the Court's Mediation and Assessment Program (MAP), the MAP General Order requires that parties assigned to the outside mediator category electronically file the Designation of Mediator within 14 calendar days after the Rule 26 meeting and mediate the case within 75 calendar days after the Rule 26 meeting.

IT IS SO ORDERED.

/s/     JOHN T. MAUGHMER
John T. Maughmer

**United States Magistrate Judge**

Kansas City, Missouri