IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOUIR
AT KANSAS CITY

| | |
|---|---|
| CRAIG ADAMS and<br>JOSEPH W. KNOPP, III<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF KANSAS CITY, MISSOURI<br><br>Defendants. | Case No. 4:19-cv-00093 |

## NOTICE OF SETTLEMENT

COME NOW the Parties by and through respective counsel and hereby notify the Court that settlement has been reached in the above-captioned action. The Parties agree the settlement is fair, reasonable, and beneficial to the class members and should be readily approved. Accordingly, the Parties respectfully request that the Court remove all scheduled pretrial deadlines and hearings from its docket. Within five (5) days of this Notice, Plaintiffs will file their Unopposed Motion and Memorandum in Support of Motion to Approve Settlement along with Exhibits indicating itemized settlement amounts for each member of the Collective Class and Request for Hearing for the Court to take up the same.

Respectfully submitted,

**BOYD KENTER THOMAS & PARRISH, LLC**

*/s/ Raymond Salva, Jr.*
Raymond E. Salva, Jr.     Mo. Bar No. 66191
Boyd Kenter Thomas Parrish, LLC
221 W. Lexington Avenue, Suite 200
Independence, MO  64050
Telephone: 816-471-4511
Facsimile: 816-471-8450
rsalva@bktplaw.com
**ATTORNEYS FOR PLAINTIFFS**

**CITY OF KANSAS CITY, MISSOURI**

*/s/ Tara M. Kelly*
Tara M. Kelly        Mo. Bar No. 64624
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
2300 City Hall, 414 E. 12th Street
Kansas City, Missouri 64106
Telephone: 816-513-3117
Facsimile: 816-513-3133
tara.kelly@kcmo.org
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The Parties certify that on the 17th day of March, 2022, they electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Parties and counsel of record.