# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **CRAIG ADAMS and JOSEPH KNOPP,** Individually and on Behalf of Others Similarly Situated, </br></br> Plaintiffs, </br></br> vs. </br></br> **CITY OF KANSAS CITY, MISSOURI,** </br></br> Defendant. | ) ) ) ) ) ) ) ) Case No. 19-CV-00093-W-WBG ) ) ) ) ) |

## ORDER

On March 17, 2022, the parties jointly filed a Notice of Settlement. Doc. 618. Therein, the parties notified the Court that a settlement has been reached in this matter. *Id*. They believe the settlement is fair, reasonable, and beneficial to the collective action members and should be approved by the Court. *Id*. Plaintiffs represent they will file their Unopposed Motion to Approve Settlement within five days of the Notice of Settlement. *Id*.

Pursuant to the parties' representations in the Notice of Settlement, the Court suspends all pretrial deadlines, cancels the pretrial conference set for March 21, 2022, and cancels the trial scheduled to commence on April 18, 2022. By no later than March 21, 2022, Plaintiffs shall file their motion to approve the settlement.[1] The settlement approval hearing will be scheduled for a date shortly thereafter.

**IT IS SO ORDERED.**

DATE: March 18, 2022

                                                     */s/ W. Brian Gaddy*
                                                     W. BRIAN GADDY
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If the motion to approve settlement does not include a request to approve attorneys' fees and attorneys' fees are sought in this matter, Plaintiffs shall file their motion to approve attorneys' fees by no later than March 21, 2022.