

| EID | NAME | PAYOUT |
|---|---|---|
| 103002 | Abraham, James R. | $1,609.72 |
| 101310 | Adams, Craig M. | $23,865.26 |
| 103582 | Allen, Clayton | $1,056.04 |
| 103292 | Alpers, Shannon | $4,346.82 |
| 606729 | Alshimaily, Sami | $693.08 |
| 602354 | Amos, Kevin R. | $1,266.53 |
| 606382 | Angle, Nathaniel | $2,882.38 |
| 602709 | Armilio, Nicholas | $8,684.72 |
| 602699 | Audus, Cameron | $71.24 |
| 602701 | Aumock, Jacob | $1,731.05 |
| 601029 | Baker, Derek R. | $4,555.78 |
| 100880 | Baker, James D. | $3,767.97 |
| 103758 | Baker, Joel T. | $8,331.57 |
| 603875 | Beach, Noah | $421.14 |
| 104089 | Beaman, Jason A. | $5,303.90 |
| 603620 | Beaman, Scott | $1,289.19 |
| 604168 | Bechthold, Elizabeth H. | $13,304.72 |
| 104960 | Beck, Christin L. | $10,323.35 |
|  | Beery, Taylor |  |
| 103279 | Belgiere, Salvatore C. | $1,372.31 |
| 101220 | Bell, Walter R. | $2,061.82 |
| 104406 | Bender, John F. | $10,791.66 |
| 603040 | Berardi III, Nicholas | $5,360.81 |
| 603877 | Biscari, Leonardo A. | $3,274.62 |
| 603237 | Blocher, Gatlin K. | $230.52 |
| 602754 | Bounds, Jeremy | $1,786.48 |
| 101855 | Bowman, Tim A. | $10,945.51 |
| 101958 | Bozarth, Adam S. | $5,193.45 |
| 100891 | Braden, Mark M. | $8,120.78 |
| 604713 | Bradley, Samuel C. | $13,303.53 |
| 604266 | Brinker, Kyle | $5,301.98 |
| 606172 | Brinker, Scott | $51.82 |
|  | Brogoto, Nico |  |
| 606404 | Brown, Nicholas | $852.25 |
| 601035 | Brzezinski, Michael | $67.40 |
| 605764 | Buckwalter, Jacob L. | $731.86 |
| 605488 | Burris Jr., Charles L. | $2,251.44 |
| 603069 | Byers, DeAundre L. | $2,267.11 |
|  | Byrne, Shawn M. |  |
| 102919 | Cado, Mark A. | $14,752.79 |
| 105038 | Caldwell, Justin K. | $493.04 |
| 103287 | Campbell, James S. | $358.19 |
| 101306 | Canady, Arthour | $2,302.37 |

| EID | NAME | PAYOUT |
|---|---|---|
| 605233 | Carey, Daniel J. | $3,077.17 |
| 605956 | Carter, Cody | $6,412.34 |
| 601036 | Castaneda, John | $10,621.77 |
| 103907 | Caw, Emmett C. | $11,144.68 |
| 600008 | Chewning, Mathew I. | $5,491.17 |
| 605479 | Chowdhury, Cedric | $86.19 |
| 605762 | Claire, Thomas S. | $6,124.72 |
| 102960 | Clark, Stephen S. | $671.87 |
| 101339 | Clement, Thomas | $2,700.63 |
| 601039 | Cobbins, Christopher | $8,599.29 |
| 604780 | Coday, Alex | $216.44 |
| 603613 | Cole, Brian R. | $498.55 |
| 101727 | Cole, Phillip L. | $10,812.70 |
| 105034 | Collins, Larkin A. | $3,524.67 |
|  | Collins, Michael |  |
| 102622 | Cook, Brian | $59.11 |
| 605235 | Coons, Dale T. | $1,866.00 |
| 603064 | Cottrell, Brandon | $9,393.41 |
|  | Covington, Todd D. |  |
| 603247 | Cox, Jonathan E. | $1,418.22 |
| 605260 | Crabtree, Brittany C. | $2,894.30 |
| 101547 | Creager, John C. | $6,694.73 |
|  | Crocker, Andrew M. |  |
|  | Culver, Joseph A. |  |
| 604766 | Culver, Quentin | $14,859.21 |
| 103046 | Cummings, Ryan M. | $3,123.38 |
| 603068 | Cusumano, Matthew C. | $12,584.40 |
| 604756 | Dady, Derrick | $6,643.32 |
| 101486 | Dailey, Chad J. | $2,703.56 |
| 601041 | Damron, Shawn | $2,351.87 |
| 605757 | Daniel, Matthew | $2,384.37 |
| 603871 | Daraban, Eric | $11,400.52 |
| 100004 | Daugherty, Laurie A. | $6,086.20 |
| 603618 | Davis, Bryan E. | $998.34 |
| 603889 | Davis, Christopher M. | $4,684.82 |
| 603240 | Davis, Jason P. | $4,867.52 |
| 100868 | Davis, Richard | $1,016.90 |
| 101729 | Davis, Shane A. | $21,593.49 |
| 101303 | Dean, Joseph F. | $401.02 |
| 603252 | Denyer, Wyatt J. | $1,750.84 |
| 103766 | Deuschle, Justin | $5,876.51 |
| 605407 | Dice, Timothy | $8,509.32 |
| 603623 | Disciacca, Joseph M. | $3,411.95 |

| EID | NAME | PAYOUT |
|---|---|---|
| 103481 | Doleshal, Brett S. | $1,139.61 |
| 604264 | Dooley, George | $1,535.67 |
| 600030 | Dougherty, Richard J. | $6,107.92 |
| 104046 | Duffy, John O. | $5,886.84 |
| 606388 | Dulle, Michael | $3,644.38 |
| 100916 | Dunlop, Kyle M. | $6,159.23 |
| 102997 | Eddings, Joseph B. | $6,851.25 |
| 102829 | Eley, Elliott | $8,602.59 |
| 100547 | Ellett, Terry | $1,986.66 |
|  | England, Michael |  |
| 102549 | Evans, Bruce E. | $9,154.33 |
| 102402 | Ewell, Leroy M. | $9,515.66 |
| 605476 | Fatall, Zach A. | $5,395.31 |
| 605265 | Favoroso, Joseph M. | $7,686.99 |
| 605831 | Fennix, Rico | $4,366.29 |
| 104235 | Ferguson, Paul A. | $9,365.68 |
| 103780 | Ferrante, Tommy J. | $23,813.11 |
| 103024 | Ferrara, Joseph D. | $966.60 |
| 605772 | Fields, Douglas E. | $914.31 |
|  | Fisher, John |  |
| 605954 | Fisher, Paul | $201.56 |
| 606381 | Fitzwater, Justin | $283.78 |
| 102377 | Fitzwater, Michael D | $18,073.49 |
| 605760 | Flanders, Thomas R. | $2,584.26 |
| 104884 | Foster, Adam C. | $244.79 |
| 102639 | Franzeskos, Christopher P. | $11,969.77 |
| 605955 | Friedel, Peter D. | $265.97 |
|  | Frisbie, Diana |  |
| 603248 | Garcia, Nicholas C. | $7,778.12 |
| 606392 | Gardner, Zayne | $2,579.33 |
| 603873 | Garrett, Dean K. | $213.91 |
| 600026 | Gentry, Kerry M. | $307.06 |
| 101688 | Germann, John Eric | $559.01 |
|  | Gibson, John |  |
| 601911 | Gilchrist, Michael E. | $11,109.32 |
| 101309 | Gillogly, Scott E. | $4,909.82 |
| 606741 | Gillum, Brett | $453.34 |
| 101036 | Glasgow, Dennis G. | $5,539.53 |
|  | Golden, Louis J. |  |
|  | Goodell, Donald E. |  |
| 601898 | Goodman, Matthew C. | $4,619.90 |
|  | Green, Robert Dale |  |
| 104860 | Greene, Jeremy W. | $11,013.89 |

| EID | NAME | PAYOUT |
|---|---|---|
| 102177 | Gregg, Bradley | $6,070.21 |
| 104039 | Guarino, Joseph | $8,265.87 |
|  | Guerrero, Kelsey |  |
| 103288 | Hall, Brett J. | $9,083.05 |
| 604761 | Hamilton, Westin | $6,541.01 |
| 101324 | Hampton, Roosevelt G. | $4,183.70 |
| 603626 | Hansen, Peter K. | $7,569.04 |
| 605763 | Hardy, Dustin R. | $1,500.94 |
| 103473 | Harmon, Byron J. | $7,277.20 |
| 605477 | Harris, Gregory J. | $2,149.71 |
| 104988 | Hayles, Michael T. | $9,543.52 |
| 605491 | Hays, Jarred C. | $138.56 |
| 604760 | Hendricks, Kyle | $4,812.13 |
| 103302 | Hernandez, Christopher J. | $7,158.58 |
| 102204 | Hernandez, Dante M. | $2,753.27 |
| 600027 | Hewins, Michael S. | $249.87 |
| 100714 | Heyne, Alan A. | $3,500.66 |
| 603608 | Hickmon, Adam C. | $8,616.93 |
| 603632 | Hille, Robert | $2,992.05 |
| 601027 | Hook, Jacob T. | $2,000.11 |
| 104989 | Hopkins, Michael R. | $17,126.37 |
| 104190 | Houghton, Trevor J. | $6,368.83 |
| 605468 | Hyatt, David P. | $152.21 |
|  | Ising, John Z. |  |
| 100204 | James, Jimmie J. | $13,626.24 |
| 104063 | Jasper, Kyle | $1,574.81 |
| 605957 | Jimenez, Isaac | $9,785.38 |
| 605958 | Johnson, Cody | $1,081.15 |
|  | Johnson, Colby |  |
| 104008 | Johnson, Mark A. | $12,734.82 |
| 100866 | Johnson, Stephen B. | $14,000.61 |
| 605264 | Johnson, Zachary S. | $1,070.68 |
| 104071 | Jones, Tarshish D. | $10,749.54 |
| 604759 | Jones, Tyler D. | $5,979.99 |
| 605466 | Jording, Zachary | $721.76 |
| 103678 | Joslin, Matthew | $1,825.84 |
| 101950 | Juarez, Javier J. | $5,247.71 |
| 605752 | Kane, Matthew J. | $3,295.12 |
| 103497 | Kanoy, Brian A. | $11,529.51 |
| 604169 | Kelley, Matthew | $4,654.62 |
| 102886 | Kennedy, Damion S. | $917.96 |
| 601906 | Kindall, Darren L. | $1,221.00 |
| 104200 | Kindall, Dustin R. | $13,080.18 |

| EID | NAME | PAYOUT |
|---|---|---|
| 604757 | King, Carl | $5,764.55 |
| 102154 | Kinney, James B. | $1,010.41 |
| 103217 | Klebenstone, Michael A. | $1,543.67 |
| 102815 | Knaebel, David J. | $4,834.15 |
| 606270 | Knight, Nathan | $2,966.02 |
| 601023 | Knopp, Joseph W. | $8,293.48 |
| 604341 | Knutson, Blake | $14,106.66 |
| 603017 | Koehler, Ryan | $4,815.75 |
| 603625 | Koepke, Joshua M. | $5,552.71 |
| 601912 | Kowalski, Michael R. | $2,299.52 |
| 103216 | Krupco, Michelle M. | $662.27 |
| 603610 | Langston, Derek | $588.72 |
| 603235 | Lanio, Matthew T. | $9,224.17 |
| 604059 | Larkey, Kyle | $680.62 |
| 604647 | Lassiter, Jesse | $461.32 |
| 605269 | Levene, Ian M. | $158.94 |
| 101912 | Linard, Scott N. | $18,870.85 |
| 605462 | Lind, Caleb T. | $792.88 |
| | Lipari, Andrew | |
| 601049 | Lipari, Anthony | $6,066.47 |
| 100894 | Loar, Amy | $4,268.76 |
| 605465 | Lockridge, Kristian B. | $2,564.81 |
| 605268 | Long, Kameron R. | $7,634.79 |
| 604646 | Lossman, Shawn | $13,367.59 |
| | Loya, Xavier C. | |
| 603617 | Luke, Nicholas J. | $10,605.67 |
| 601009 | Lunt, Chad A. | $948.77 |
| 103992 | Lynch, Brian | $788.21 |
| 600033 | Lynch, Justin | $2,983.13 |
| 101740 | Lynn, Ryan | $11,776.35 |
| | Maddux, Jason J. | |
| 104052 | Malone, Tad | $5,690.88 |
| 601905 | Mange, Anthony V. | $951.15 |
| 607040 | Marcuzzo, Nicholas | $1,592.86 |
| 102371 | Marquez, Jorge L. | $10,561.11 |
| 103602 | Marsalla, Eric M. | $2,218.04 |
| 101241 | Marshall, Steven D. | $13,698.76 |
| 104017 | Martin, Anthony S. | $7,024.96 |
| 102199 | Martin, Ronald B. | $6,629.32 |
| 102769 | Martin, Sharon A. | $227.71 |
| 605251 | Martinat, Christopher F. | $1,461.83 |
| 103552 | Martinez, Scott M. | $307.26 |
| 602341 | May, Kaleb D. | $4,878.54 |

| EID | NAME | PAYOUT |
|---|---|---:|
| 605961 | McCrary, Jacob | $3,677.57 |
| 603868 | McDonough, Connor | $934.01 |
| 102202 | McGowan, Michael C. | $8,777.70 |
| 602344 | McKeithen, Reggie L. | $9,912.25 |
| 102411 | McKiddy, Scott P. | $766.47 |
| 102156 | McKinstry, Stephen | $7,589.16 |
| 603009 | McLoughlin, Matthew | $702.74 |
| 101955 | McMahon, Kevin J. | $6,690.63 |
| 104019 | Melton, Thomas R. | $6,634.14 |
| 606119 | Mentzer, Garrett | $2,431.73 |
| 603065 | Meuschke, Brett | $1,694.34 |
| 600044 | Michaels, Stephen A. | $6,278.44 |
| 602335 | Milano, Paul J. | $5,061.86 |
| 604716 | Miller, Eric | $3,243.72 |
|  | Miller, Ryan M. |  |
| 603057 | Minard, Adam A. | $476.95 |
| 605254 | Moe, Tunamafata I. | $458.34 |
| 102372 | Molle, Carl J. | $59.47 |
| 102375 | Moore, Bryan E. | $6,656.21 |
| 602591 | Moore, Jesse C. | $54.47 |
| 606719 | Morales, Blake | $690.06 |
| 605460 | Morris, Sean S. | $1,103.66 |
| 100244 | Morrow, John N. | $44,934.12 |
| 605492 | Muller, Nicholas A. | $267.25 |
| 104974 | Nelson, Christopher R. | $11,867.11 |
| 600045 | Niemeyer, Jason M. | $1,417.97 |
| 605242 | Olivas, Emilio X. | $3,009.27 |
| 104420 | Olivas, Juan A. | $13,359.50 |
| 103774 | Olmedo, Michael J. | $917.17 |
| 600575 | O'Rear, Matthew S. | $7,705.06 |
| 601904 | Orscheln, Dustin T. | $887.76 |
| 101332 | Ortega, Joseph J. | $18,799.95 |
| 100908 | OSullivan, Brian J. | $1,046.41 |
|  | Ott, John D. |  |
| 104028 | Page, Richard A. | $17,293.82 |
| 102824 | Palacios, Robert N. | $7,294.49 |
| 605483 | Pape, Lucas C. | $462.79 |
| 102162 | Parison, John H. | $8,924.85 |
| 603624 | Parker, Nicholas M. | $947.71 |
|  | Paul, Travis D. |  |
| 603633 | Perez, Nicholas S. | $4,541.25 |
| 103764 | Perry, Chadwick A. | $17,581.01 |
| 102883 | Petit, Michael | $14,175.96 |

| EID | NAME | PAYOUT |
|---|---|---|
| 103334 | Petrie, Robert B. | $9,396.92 |
| 602869 | Phalp, Scott | $5,818.36 |
| 104616 | Pham, Dung V. | $9,598.19 |
| 605484 | Phillips, David J. | $2,143.40 |
| 102631 | Phillips, Donald G. | $10,634.23 |
| 604771 | Powell, Jacob | $2,808.20 |
| 600049 | Purnell, David M. | $1,015.98 |
| 102884 | Purtle, Daniel | $5,628.46 |
|  | Quick, Richard D. |  |
| 602343 | Quintero, David J. | $6,220.13 |
| 103771 | Ragland, Jesse B. | $1,869.00 |
| 103743 | Ragusa, Steven R. | $2,422.27 |
| 104185 | Rangel, Xavier | $2,943.01 |
| 603891 | Ransom, Willie D. | $5,807.24 |
| 604265 | Rehmann, John | $7,238.32 |
| 606720 | Renick, Christien | $2,756.74 |
| 101029 | Reynolds, Rebecca S. | $13,458.63 |
| 103728 | Reynolds, Todd M. | $11,738.02 |
| 605454 | Richards, Jon E. | $3,719.72 |
| 602799 | Ritter, Michael | $2,340.15 |
|  | Roark, Christopher M. |  |
| 603932 | Robards, David | $3,848.00 |
| 605832 | Roberts, William | $1,252.00 |
| 102986 | Robinson, Pleaze | $3,720.66 |
| 103281 | Rogers, Michael A. | $7,706.61 |
|  | Roughton, Darrel J. |  |
| 603246 | Roumas, Nicholas J. | $808.94 |
| 101577 | Russell, Christopher S. | $344.13 |
| 605414 | Sanders, Deatre | $2,556.77 |
| 603630 | Sanders, Jaymes J. | $3,389.45 |
| 603627 | Santi, Anthony M. | $1,355.30 |
| 606716 | Scales III, H | $115.73 |
| 102352 | Scammahorn, Steven L. | $14,235.48 |
| 605234 | Scarlett, Logan J. | $336.05 |
| 102956 | Schake, Steven W. | $7,099.40 |
| 105208 | Schemel, Donald | $159.04 |
| 603870 | Schenkelberg, Michael J. | $407.95 |
| 603236 | Schmidt, Derek | $10,601.43 |
| 603629 | Schneider, Ryan J. | $1,552.63 |
| 102368 | Scholl, John F. | $11,330.89 |
|  | Schwent, Aaron |  |
| 600037 | Seelig, Ariel J. | $3,515.85 |
| 606397 | Selleck, David | $555.92 |

| EID | NAME | PAYOUT |
|---|---|---|
| 604734 | Serfass, Matthew | $326.42 |
| 101941 | Serrone, Domenic P. | $8,193.26 |
| 102143 | Seymour, Anthony P. | $12,613.32 |
| 602843 | Shafer, Joshua | $215.13 |
| 104421 | Shaumeyer, Steven R. | $148.29 |
| | Silvey, Matthew | |
| | Sirna, Anthony F. | |
| 605458 | Sisney, Matthew | $4,419.40 |
| 100862 | Skeen, T J. | $6,335.87 |
| 602846 | Smith, Jeremy W. | $2,565.62 |
| 603254 | Smith, Joseph | $690.23 |
| 104062 | Smith, Michael W. | $8,062.06 |
| 101649 | Smith, Thomas G. | $74.41 |
| 604715 | Snowden, Connor | $9,194.44 |
| 602603 | Sok, Samath | $350.36 |
| 601892 | Sola, Anthony J. | $66.22 |
| 606278 | Somers, Christopher M. | $152.68 |
| 603028 | Spallo, Andrew J. | $4,053.43 |
| 602857 | Speaks, Daniel | $383.25 |
| 600572 | Spence, Nathan D. | $10,275.00 |
| 600022 | Spicer, Steven M. | $5,996.57 |
| 603628 | St. Onge, Derek R. | $8,455.06 |
| 605237 | Stadler, Kevin M. | $605.50 |
| 605252 | Stalker, Meredith N. | $853.58 |
| | Stanberry, Tad J. | |
| 605411 | Staples, Tristram J. | $737.34 |
| 606019 | Steiger, Brock | $4,583.42 |
| | Steinbrugge, Edward D. | |
| 604774 | Stenner, Colton J. | $439.95 |
| 603562 | Stephens, Corey | $5,144.89 |
| 604775 | Still, Lanai | $1,383.08 |
| 604724 | Strawn, Tyler | $2,417.80 |
| | Studna, Shaun A. | |
| 603888 | Sullivan, Blake R. | $1,647.32 |
| 102304 | Surratt, Curtis E. | $5,071.94 |
| 601006 | Taylor, Brian M. | $14,538.50 |
| 603896 | Taylor, Tevin | $3,050.08 |
| 605953 | Taylor-Ohmes, Jason | $5,248.60 |
| 104316 | Teeple, Jeremie M. | $3,616.21 |
| 603062 | Termini, Andrew C. | $3,972.93 |
| 603063 | Terry, Jeremy L. | $4,182.75 |
| 601021 | Thomas, Shaun N. | $4,026.13 |
| 101341 | Thornton, Matthew R. | $885.96 |

| EID | NAME | PAYOUT |
|---|---|---:|
| 605473 | Tiller, Sean E. | $2,030.62 |
| | Titus, Essie M. | |
| 101927 | Trader, Jesse A. | $10,526.06 |
| 605767 | Trillin, Gabriel D. | $232.27 |
| 606400 | Tripp, Luke | $321.87 |
| 606401 | Tritico, Andrew | $33.57 |
| 605758 | True, Stephen D. | $3,809.14 |
| 104032 | Tuder, James M. | $3,443.09 |
| | Van Horn, Michael G | |
| 102941 | Vandegrift, Steve L. | $10,195.60 |
| 101337 | Vandermillion, Christopher | $18,185.91 |
| 104531 | Vaters, Steven R. | $2,327.07 |
| 100265 | Vela, Matthew J. | $10,393.09 |
| 100264 | Vela, Matthew P. | $5,699.14 |
| 105040 | Verren, Paul M. | $475.66 |
| | Vinson, Loren | |
| 100920 | Vitale, Anthony J. | $5,728.60 |
| 606279 | Vonderharr, Ryan | $1,875.76 |
| 600328 | Walker, Kalan | $1,601.39 |
| 601038 | Walker, Samuel | $2,601.60 |
| 100842 | Wallace, Christopher A. | $1,922.87 |
| 604167 | Walsh, Matthew | $64.18 |
| 605461 | Walsh, Zachary R. | $5,602.30 |
| 100108 | Warfield, Kenneth N. | $12,082.56 |
| 102422 | Weaver, Jared P. | $148.63 |
| 600279 | Weaver, Wiley | $2,026.88 |
| 101592 | Wegner, Corby J. | $1,544.32 |
| 605487 | Wilson, Lancing D. | $490.95 |
| 605457 | Winfrey, Tyler J. | $10,370.45 |
| 101483 | Woods, Donnel L. | $8,087.15 |
| 100882 | Wright, Joseph W. | $5,136.73 |
| 101890 | Young, John L. | $8,717.72 |
| | Young, William M. | |
| 605494 | Zaheed, Rashad A. | $796.66 |
| 104142 | Zamora, Gerardo | $2,384.85 |
| 104189 | Zaner, Paul L. | $1,239.47 |
| | Ziegler, James R. | |
| 104554 | Ziglinski, Christopher H. | $832.87 |
| 104494 | Zuniga, Andre B. | $21,551.67 |
| 604263 | Zych, Evan | $2,203.13 |
| | | $1,760,192.83 |